UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES DEAN,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. C08-5112RJB-KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO REQUEST ORAL ARGUMENT |

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's filing of a motion for leave to request oral argument. (Dkt. #17). After reviewing plaintiff's motion and the balance of the record, the Court finds and orders as follows:

Plaintiff has filed a complaint seeking judicial review of the denial of his application for disability insurance benefits. (Dkt. #1). All briefing in this matter has been completed (Dkt. #14-#16). Although, as noted by plaintiff, requests for oral argument should be made in the party's brief (Dkt. #12), he now seeks such argument, asserting that it will aid the Court's decision-making. While the Court is not

ORDER
Page - 1

1 denying the request because it was not timely or properly made, the Court does not find oral argument to
2 be necessary for the proper resolution of this matter. Accordingly, plaintiff's motion for leave to request
3 oral argument (Dkt. #17) hereby is DENIED.
4     The Clerk is directed to send a copy of this Order to counsel for plaintiff and defendant.
5     DATED this 29th day of August, 2008.

*[signature]*

Karen L. Strombom
United States Magistrate Judge