UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES DEAN,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

CASE NO. C08-5112RJB-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 19. The Court has reviewed the relevant documents and the remainder of the file herein.

Plaintiff filed his Complaint (Dkt. 1) on Februrary 21, 2008, seeking review of an administrative law judge's ("ALJ") decision to deny Plaintiff's application for disability insurance benefits. In his opening brief (Dkt. 14), Plaintiff raised four general issues in arguing that the ALJ's decision should be reversed and remanded.

Magistrate Judge Karen L. Strombom issued her Report and Recommendation (Dkt. 19) on August 29, 2008. In the report and recommendation, Judge Strombom thoroughly addressed the four general issues raised by Plaintiff, and recommended that the Court find that the ALJ properly concluded that Plaintiff was not disabled, and affirm the ALJ's decision. Dkt. 19, at 16.

Plaintiff filed his Objections to the Report and Recommendation (Dkt. 20) on September

ORDER - 1

18, 2008. In his objections, Plaintiff challenges Judge Strombom's recommendation with respect to all four issues. Dkt. 20.

The Court, having reviewed the file and pertinent documents, concurs with the reasoning and findings of Judge Strombom's report and recommendation. The issues that Plaintiff raised in his objections were thoroughly addressed and properly analyzed in Judge Strombom's report and recommendation.

Therefore, the Court does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 19);

(2) The ALJ properly concluded that Plaintiff was not disabled, and the decision of the ALJ is **AFFIRMED**; and

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant, and to the Hon. Karen L. Strombom.

DATED this 14th day of October, 2008.

ROBERT J. BRYAN
United States District Judge